United States District Court
Middle District of Florida
Jacksonville Division

**VICTOR EDWARD POWELL,**

    *Plaintiff,*

v.                                    NO. 3:18-CV-785-J-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

# Order

Before the Court is the Commissioner of Social Security's unopposed motion to reverse the decision below and remand the case for the Commissioner to take certain action. Doc. 20. The Court:

1. **grants** the motion, Doc. 20;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to evaluate Victor Edward Powell's residual functional capacity based on the record evidence; evaluate all medical opinions of record; state the weight given to each opinion and the reasons for that weight; and, if warranted, obtain evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base; and take any other necessary actions; and

4. **directs** the clerk to enter judgment in favor of Victor Edward Powell and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on March 5, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:	Counsel of record